

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODRIGO SANTANA-CONCEPCION<br><br>Defendant. | No. 3:26-mj-00155-KFR |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Michael Crawford, having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation.

2. I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4. As explained more fully below, I have probable cause to believe that RODRIGO SANTANA-CONCEPCION has committed the following federal criminal offense: 21 U.S.C. § 841 (a)(1) (Possession With Intent To Distribute).

3. I have been a Special Agent with the Federal Bureau of Investigation (FBI) since May 2018 when I attended New Agent's Training in Quantico, Virginia. Following my graduation from New Agent's Training, I was assigned to the FBI San Juan Field Office on the White Collar Crimes squad. In April 2025, I transferred to the FBI Anchorage Field Office and now serve on the Violent Crimes Squad. As part of my FBI duties, I investigate

criminal violations of federal law, to include federal sex trafficking and prostitution offenses, racketeering offenses, and the Controlled Substances Act. Throughout my law enforcement career, I have received training in the enforcement of federal law. My training and experience have involved, among other things: (1) the debriefing of defendants, witnesses, and informants, as well as others who have knowledge of the criminal activity and of the laundering and concealment of proceeds of criminal activity; (2) surveillance; (3) analysis of documentary and physical evidence; and (4) the execution of search warrants. I have assisted in the investigation of narcotics cases ranging in scope from street level distributors to multi-state international complex conspiracy cases to include drug related matters, local and national gang investigations, and violent crimes against children.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because the affidavit is intended to establish probable cause to support a complaint and secure an arrest warrant, I have not included each and every fact known to me concerning this investigation.

**FACTS ESTABLISHING PROBABLE CAUSE**

5. For the reasons stated herein, I submit that there is probable cause to arrest RODRIGO SANTANA-CONCEPCION (hereafter referred to as the "SUBJECT") for violating 21 U.S.C. §§ 841(a)(1). This probable cause is based on the following:

6. This investigation concerns a drug trafficking organization (DTO) suspected of being involved– beginning at least in 2025 and continuing to the present— in transporting large quantities of various controlled substances, including fentanyl, to and within the

*Affidavit in Support of Criminal Complaint*
3:26-mj-00155-KFR                    Page 2 of 6
Case 3:26-mj-00155-KFR    Document 1-1    Filed 03/12/26    Page 2 of 6

State of Alaska. The following information is based on my own knowledge, from other law enforcement agents and officers, or from specific sources as set forth, it does not represent every fact, only the most significant facts of the investigation thus far.

7.      On June 26, 2025, while conducting routine parcel inspection, a US Postal Inspector identified USPS Priority Mail Parcel EI 105 442 453 US (SUBJECT PARCEL) as suspicious due to its addressed destination, physical characteristics, and its point of origin. The parcel was removed from the mail stream for further investigation.

8.      The SUBJECT PARCEL listed the recipient address as 2970 LEAWOOD DRIVE, Anchorage, AK. According to open-source search of Accurint records, the listed recipient did not associate with the 2970 LEAWOOD DRIVE address. The SUBJECT PARCEL listed the sender address as 1438 MADISON AV, Bridgeport, CT. According to open-source search of Accurint records, the listed sender did not associate with the sending address. On June 26, 2025, a K9 sniff was conducted on the SUBJECT PARCEL and indicated for the presence of controlled substances.

9.      On June 27, 2025, investigators received a Federal search warrant and searched the SUBJECT PARCEL. The SUBJECT PARCEL was found to contain 299 grams of fentanyl, 4-ANPP, lidocaine, caffeine, and mannitol, per the USPIS Forensic Laboratory. Based on my training and experience, the amount of fentanyl present in the SUBJECT PARCEL was a distribution level quantity.

10.     On June 27, 2025, a controlled delivery of SUBJECT PARCEL was conducted by law enforcement. The SUBJECT PARCEL was wired with electronic monitoring equipment designed to alert law enforcement agents of the SUBJECT PARCEL's location

*Affidavit in Support of Criminal Complaint*
3:26-mj-00155-KFR                    Page 3 of 6
Case 3:26-mj-00155-KFR      Document 1-1      Filed 03/12/26      Page 3 of 6

as well as if the SUBJECT PARCEL was opened. A representative sample of the controlled substances seized from the parcel was placed inside of the SUBJECT PARCEL along with 'Sham.' Sham is a term utilized by law enforcement to describe a legal substance made to simulate the weight and/or appearance of a controlled substance. The SUBJECT PARCEL was resealed for the controlled delivery operation.

11.     On June 27, 2025, at approximately 2:40 PM, a law enforcement officer acting in an undercover capacity delivered the SUBJECT PARCEL to the front doorstep of the recipient address. An unidentified male opened the door to the recipient address, looked down at the SUBJECT PARCEL, left the SUBJECT PARCEL on the doorstep and returned inside shortly thereafter. At approximately 4:30 PM, SUBJECT arrived at the recipient address in a blue Audi Station Wagon (SUBJECT VEHICLE). SUBJECT picked up the SUBJECT PARCEL from the doorstep of the recipient address and departed the area in the SUBJECT VEHICLE. SUBJECT drove with the SUBJECT PARCEL from the recipient address to a Walmart Shopping Center. SUBJECT entered Walmart, leaving the SUBJECT PARCEL in the SUBJECT VEHICLE. At approximately 5:05 PM, SUBJECT exited the Wal Mart, returned to the SUBJECT VEHICLE and opened the rear area of the SUBJECT VEHICLE, where the SUBJECT PARCEL was located. At approximately 5:06 PM, the electronic monitoring equipment alerted law enforcement agents that SUBJECT opened the SUBJECT PARCEL. Law enforcement agents detained SUBJECT and discovered the SUBJECT PARCEL in the rear cargo section of the SUBJECT VEHICLE, with the top flap cut open. SUBJECT denied knowledge or intent of drug trafficking and stated he simply stole parcels from residences.

*Affidavit in Support of Criminal Complaint*
3:26-mj-00155-KFR                                        Page 4 of 6
Case 3:26-mj-00155-KFR     Document 1-1     Filed 03/12/26     Page 4 of 6

12.     SUBJECT was arrested and subsequently charged by the state of Alaska with a felony drug offense. The State of Alaska released him on conditions which are still in effect.

13.     At the time of his arrest, SUBJECT had two Apple iPhones (SUBJECT PHONES) on his person. Investigators executed State of Alaska search warrants on those two phones and discovered evidence of his involvement with others in the distribution of controlled substances brought into the State of Alaska from elsewhere.

14.     The evidence obtained from the SUBJECT PHONES included multiple conversations with individuals within the state of Alaska, in which SUBJECT coordinated what appeared to be street level controlled-substance transactions.

15.     Furthermore, the evidence from the SUBJECT PHONES included multiple conversations in which SUBJECT sent and received photographs of money transfer receipts, addresses and shipping labels. A phone number with a Connecticut area code sent a photograph of the SUBJECT PARCEL to one of the SUBJECT PHONES on June 25, 2025, and the user of the SUBJECT PHONE "liked" the image.

16.     The evidence from the SUBJECT PHONES implicated the SUBJECT in the coordination of at least one additional parcel seized by law enforcement agents and found to contain controlled substances.

//

//

//

//

*Affidavit in Support of Criminal Complaint*
3:26-mj-00155-KFR                                    Page 5 of 6
Case 3:26-mj-00155-KFR     Document 1-1     Filed 03/12/26     Page 5 of 6



**CONCLUSION**

17.     For the reasons described above, based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that RODRIGO SANTANA-CONCEPCION has committed the offenses described in the attached complaint. Accordingly, I ask the Court to issue the complaint and a warrant for RODRIGO SANTANA-CONCEPCION's arrest in accordance with Federal Rule of Criminal Procedure 4(a).

RESPECTFULLY SUBMITTED,

*Michael Crawford*
Michael Crawford
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 on

March 12, 2026

THE HON. MATTHEW M. SCOBLE
U.S. Magistrate Judge
DISTRICT OF ALASKA